JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEVIN ALEXANDER PEREZ CORTEZ,

Petitioner,

v.

ADELANTO ICE PROCESSING WARDEN, *et al.*,

Respondents.

Case No. 5:26-cv-00196-FLA (AJR)

**JUDGMENT**

Pursuant to the court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus ("Petition," Dkt. 1) is GRANTED and Judgment is ENTERED in Petitioner's favor.

Respondents Adelanto ICE Processing Warden and U.S. Department of Homeland Security ("Respondents") shall release Petitioner Kevin Alexander Perez Cortez ("Petitioner") immediately on the same conditions of release he was subject to prior to his re-detention on October 19, 2025, and return any confiscated property and documents to Petitioner at the time of his release.

Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community (for the avoidance of doubt, the Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard).

In light of Respondents' failure to file a response to the Petition or objections to the Report and Recommendation of the Magistrate Judge (Dkt. 18), the court concludes Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).

Respondents shall file a notice of compliance within twenty-four (24) hours of the issuance of this Judgment.

IT IS SO ORDERED.

Dated: May 18, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2